IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | | C.A. No. WMN 98-784 |
| | * | |
| THEODORE MATHISON, Executive Director of the Maryland Aviation Administration, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2.b, I respectfully request leave to withdraw as counsel for the defendant Executive Director of the Maryland Aviation Administration, now David L. Blackshear rather than Theodore Mathison. I am withdrawing my appearance because I am leaving the Office of the Attorney General. The appearances of Assistant Attorneys General Louisa H. Goldstein and Deborah A. Donohue remain on behalf of defendant.

LAWRENCE P. FLETCHER-HILL
Assistant Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6345

## CERTIFICATE OF SERVICE

I certify that copies of this paper have been served this 18th day of January, 2000, on all counsel by first-class mail, postage prepaid.

Lawrence P. Fletcher-Hill

APPROVED  THIS 21st DAY
OF January, 2000
UNITED STATES DISTRICT JUDGE