IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | * | |
| | * | |
| AIRPORT ENVIRONMENTAL COALITION | * | |
| HUMANE SOCIETY OF THE UNITED STATES | * | |
| | * | |
| US CITIZENS AVIATION WATCH | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-99-784 |
| DAVID L. BLACKSHEAR, in his Official Capacity as Executive Director of the Maryland Aviation Administration | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*

## ORDER

It appearing that no paper has been filed in this action for more than nine months; therefore, it is this  14th  day of  March , 2000,

ORDERED:

1. That pursuant to Local Rule 103.8.b., the parties are directed to show cause within ten (10) days of the entry of this Order why all affirmative claims for relief in this action should not be dismissed, without prejudice; and

2. That the Clerk mail copies of this Order to counsel of record.

William M. Nickerson
United States District Judge