OFFICES OF



| | | |
|---|---|---|
| **J. JOSEPH CURRAN, JR.**<br>ATTORNEY GENERAL<br><br>**CARMEN M. SHEPARD**<br>**DONNA HILL STATON**<br>DEPUTY ATTORNEYS GENERAL | THE ATTORNEY GENERAL<br>Department of Transportation<br>**MARYLAND AVIATION ADMINISTRATION**<br>P.O. Box 8766<br>Baltimore / Washington International Airport<br>Maryland 21240-0766 | **EDWARD R. K. HARGADON**<br>ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO THE DEPARTMENT OF TRANSPORTATION<br><br>**LOUISA H. GOLDSTEIN**<br>ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO THE MARYLAND AVIATION ADMINISTRATION<br>(410) 859-7066<br><br>**JANICE G. SALZMAN**<br>ASSISTANT ATTORNEY GENERAL<br>(410) 859-7754<br><br>**JOY R. SAKAMOTO-WENGEL**<br>ASSISTANT ATTORNEY GENERAL<br>(410) 859-7755<br><br>FAX (410) 859-7502 |

June 1, 2000

The Honorable William M. Nickerson
United States District Court for the District of Maryland
United States Court House
101 W. Lombard Street
Baltimore MD  21201

    Re:    *Natural Resources Defense Council, Inc., et al. v.*
             *David L. Blackshear*
             C.A. No. WMN-98-784

Dear Judge Nickerson:

    I am writing to provide the Court with a report of the status of settlement negotiations among the parties and the U.S. Department of Justice in the above-captioned case. As expressed in previous correspondence, the parties and the U.S. Department of Justice have been conducting settlement discussions in this action and with respect to the United States' potential related claims against the Maryland Aviation Administration. We have come to resolution of most issues and are circulating for review the most current draft consent decree. After this review, the proposed settlement will be submitted for approval of the Maryland Board of Public Works and other representatives of the U.S. Department of Justice and the NRDC. Although the negotiations have been protracted, we continue to make substantial progress.

    Thus, the parties respectfully request that the case not be dismissed and that we report back to the Court by August 1, 2000 regarding the status of the settlement negotiations. Counsel for the Plaintiffs, Nancy Marks, Esq., joins me in this request.

                              Respectfully submitted,

                              Louisa H. Goldstein
                              Counsel

LHG:ny

cc:    Deane Bartlett, Esq.                      Deborah Donohue, Esq.
       P. Michael Cunningham, Esq.       Nancy Marks, Esq.
       David Dain, Esq.                       Simon Walton, Esq.

*Stamps:* FILED / LODGED / ENTERED JUN 2 2000 CLERK U.S. DISTRICT, DISTRICT OF MARYLAND, DEPUTY

*Order:* APPROVED THIS 1st DAY OF June, 2000
UNITED STATES DISTRICT JUDGE