| | OFFICES OF | |
|---|---|---|
| **J. JOSEPH CURRAN, JR.**<br>ATTORNEY GENERAL<br><br>**CARMEN M. SHEPARD**<br>**DONNA HILL STATON**<br>DEPUTY ATTORNEYS GENERAL | THE ATTORNEY GENERAL<br>Department of Transportation<br>**MARYLAND AVIATION ADMINISTRATION**<br>P.O. Box 8766<br>Baltimore / Washington International Airport<br>Maryland 21240-0766 | **EDWARD R. K. HARGADON**<br>ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO THE DEPARTMENT OF TRANSPORTATION<br><br>**LOUISA H. GOLDSTEIN**<br>ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO THE MARYLAND AVIATION ADMINISTRATION<br>(410) 859-7066<br><br>**JANICE G. SALZMAN**<br>ASSISTANT ATTORNEY GENERAL<br>(410) 859-7754<br><br>**JOY R. SAKAMOTO-WENGEL**<br>ASSISTANT ATTORNEY GENERAL<br>(410) 859-7755<br><br>FAX: (410) 859-7502 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -9  P 12: 37

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

August 2, 2000

The Honorable William M. Nickerson
United States District Court for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore MD 21201

    Re:    *Natural Resources Defense Council, Inc., et al. v.*
            *David L. Blackshear*
            C.A. No. WMN-98-784

Dear Judge Nickerson:

    I am writing to provide the Court with a report of the status of settlement negotiations among the parties and the U.S. Department of Justice in the above-captioned case. As expressed in previous correspondence, the parties and the U.S. Department of Justice have been conducting settlement discussions in this action and with respect to the United States' potential related claims against the Maryland Aviation Administration. We have come to resolution of the issues and are circulating for review the consent decree. The proposed settlement will be submitted for approval by the Maryland Board of Public Works at its August 30, 2000 meeting. Once all approvals have been received, the parties will lodge the consent decree with the court for comment and approval.

    Thus, the parties respectfully request that the case not be dismissed and that we report back to the Court by September 15, 2000 regarding the status of the settlement negotiations. Counsel for the Plaintiffs, Nancy Marks, Esq., joins me in this request.

                                      Respectfully submitted,

                                      Louisa H. Goldstein
                                      Counsel

LHG:ny

cc:    Deane Bartlett, Esq.                Deborah Donohue, Esq.
       P. Michael Cunningham, Esq.      Nancy Marks, Esq.
       David Dain, Esq.                   Simon Walton, Esq.

APPROVED         9th DAY
OF August         00
_____
UNITED STATES DISTRICT JUDGE