**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>) **Civ. Action No. WMN-00-2992**<br>)<br>v. )<br>)<br>**MARYLAND AVIATION ADMINISTRATION** )<br>**A UNIT OF THE MARYLAND DEPARTMENT** )<br>**OF TRANSPORTATION, AN AGENCY OF** )<br>**THE STATE OF MARYLAND,** )<br>)<br>**Defendant.** )<br>_____ ) | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** )<br>**INC.,** )<br>**AIRPORT ENVIRONMENTAL COALITION,** )<br>**HUMANE SOCIETY OF THE UNITED STATES,** )<br>**AND,** )<br>**US CITIZENS AVIATION WATCH, INC.** )<br>) **Civ. Action No. WMN-98-784**<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DAVID L. BLACKSHEAR, in his official** )<br>**capacity as Executive Director of** )<br>**the Maryland Aviation Administration** )<br>)<br>**Defendant.** )<br>_____ ) | |

**MOTION TO REOPEN**
**CIVIL ACTION WMN-00-2992 AND CIVIL ACTION WMN-98-784**

Maryland Aviation Administration and David L. Blackshear (hereinafter Defendants), by the undersigned counsel, respectfully move this court to reopen the above-captioned cases to allow a Motion to Terminate Consent Decree to be considered by this Court. As a basis for this motion Defendants therefore state as follows:

(1) Civil Action WMN-98-784 (hereinafter the "Citizen Suit") was filed with this Court on March 16, 2998. Included in the Citizen Suit complaint were claims that the Maryland Aviation Administration ("MAA") was in violation of the requirements of the Clean Water Act ("CWA"), 33 U.S.C. §§ 1251 *et seq.*, as set forth in MAA's NPDES Permit No. MD0063371 issued on May 9, 1994, the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9603, and the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11004, as applied to operations at the Baltimore/Washington International Airport ("the BWI Airport") located in Anne Arundel County, Maryland.

(2) The United States filed a Complaint against the Defendants on October 4, 2000 seeking injunctive relief and civil penalties for alleged violations of Clean Water Act Section 309, 33 U.S.C. § 1319, due to discharges in excess of permitted effluent limits and failure to meet requirements set forth in MAA's National Pollutant Discharge Elimination System permit for its facility at the BWI Airport. That matter was given the civil action number of WMN-00-2992.

(3) Also on October 4, 2000, the United States filed with this Court a Joint Motion to Consolidate the two cases. However, it does not appear that the cases were consolidated by this Court.

(4) Also on October 4, 2000, the United States lodged with this court a Consent Decree that had been signed by all parties to both actions.

(5) On October 23, 2000, the United States published a Notice of Lodging of the proposed Consent Decree in the Federal Register at 65 FR 63097. Through inadvertence, this notice was republished on October 26, 2000 at 65 FR 64235. The Notice of Lodging described

the proposed Decree and invited the public to comment on the proposed Decree. No comments were received.

(6) On November 28, 2000, the United States filed a Motion to Enter the Consent Decree with this Court in the above-captioned cases.

(7) On November 29, 2000, this Court granted that motion in Civil Action No. WMN-00-2992.

(8) On April 30, 2001, this Court granted that motion in Civil Action No. WMN-98-784.

(9) The Clerk's office has stated to the undersigned counsel, today August 25, 2008, that the court records show that both cases have been closed.

(10) The Defendants desire to have their Motion to Terminate the Consent Decree in both cases considered by this Court. Defendants have been authorized by the United States to state that this motion is uncontested by the United States. Also, the Defendants have been authorized by counsel for the Natural Resources Defense Council, Nancy S. Marks, Esquire, that this motion is uncontested.

(11) The Consent Decree provided in page 35 in Section XXII that this Court retained jurisdiction for purposes of issuing such further orders and directives as may be necessary.

**WHEREFORE**, the Defendants respectfully request that Civil Action No. WMN-00-2992 and Civil Action No. WMN-98-784 both be reopened for the limited purposes of filing a Motion to Terminate the Consent Decree and for its consideration by this Court.

        Respectfully submitted

        DOUGLAS F. GANSLER
        ATTORNEY GENERAL OF MARYLAND


        _____/s/_____
        Louisa H. Goldstein
        Assistant Attorney General
        Federal ID. No. 23918
        Assistant Attorney General
        Maryland Aviation Administration
        P.O. Box 8766
        BWI Airport, Maryland 21240
        410-859-7066


        _____/s/_____
        Deborah A. Donohue
        Federal ID No. 05554
        Assistant Attorney General
        Maryland Transportation Authority
        2310 Broening Highway, Suite 150
        Baltimore, Maryland  21224
Dated: August 26, 2008        410-537-1007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2008, a copy of this Motion to Terminate Consent Decree was mailed by certified mail, return receipt requested, to the following:

As to the United States

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611 – Ben Franklin Station
Washington, D.C.  20044
Reference Case No. 90-5-1-1-4543

Chief, Civil Division
Office of the United States Attorney
District of Maryland
Northern Division
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201-2692

Chief, NPDES Branch, Water Protection Division
U.S. Environmental Protection Agency Region III
1650 Arch Street, 3WP31
Philadelphia, PA  19103

P. Michael Cunningham, Esquire
Assistant United States Attorney
United States Attorney's Office District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, MD  21201-3020

As to Citizen Plaintiffs

Nancy S. Marks, Esquire
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY  10011

Deane H. Bartlett, Esquire
U.S. Environmental Protection Agency
Office of Regional Counsel
Region III
1650 Arch Street
Philadelphia, PA  19103-2029

                                                /S/
                                    Louisa H. Goldstein
                                    Assistant Attorney General