**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civ. Action No. WMN-00-2992** |
| ) | |
| v. ) | |
| ) | |
| **MARYLAND AVIATION ADMINISTRATION** ) | |
| **A UNIT OF THE MARYLAND DEPARTMENT** ) | |
| **OF TRANSPORTATION, AN AGENCY OF** ) | |
| **THE STATE OF MARYLAND,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |
| | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** ) | |
| **INC.,** ) | |
| **AIRPORT ENVIRONMENTAL COALITION,** ) | |
| **HUMANE SOCIETY OF THE UNITED STATES,**) | |
| **AND,** ) | |
| **US CITIZENS AVIATION WATCH, INC.** ) | |
| ) | **Civ. Action No. WMN-98-784** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DAVID L. BLACKSHEAR, in his official** ) | |
| **capacity as Executive Director of** ) | |
| **the Maryland Aviation Administration** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Reopen, it is, this _____ day of

_____, 2008, by the undersigned Judge of the United States District Court for the

District of Maryland, hereby ORDERED, that the Defendants' Motion To Reopen be Granted;

2

and that Civil Action No. WMN-00-2992 and Civil Action No. WMN-98-784 be reopened to allow filing of the Motion to Terminate the Consent Decree and for consideration by this Court.

_____
Judge

2