IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>) **Civ. Action No. WMN-00-2992**<br>)<br>v. )<br>)<br>**MARYLAND AVIATION ADMINISTRATION** )<br>**A UNIT OF THE MARYLAND DEPARTMENT** )<br>**OF TRANSPORTATION, AN AGENCY OF** )<br>**THE STATE OF MARYLAND,** )<br>)<br>Defendant. )<br>_____ ) | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** )<br>**INC.,** )<br>**AIRPORT ENVIRONMENTAL COALITION,** )<br>**HUMANE SOCIETY OF THE UNITED STATES,** )<br>**AND,** )<br>**US CITIZENS AVIATION WATCH, INC.** )<br>) **Civ. Action No. WMN-98-784**<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DAVID L. BLACKSHEAR, in his official** )<br>**capacity as Executive Director of** )<br>**the Maryland Aviation Administration** )<br>)<br>Defendant. )<br>_____ ) | |

**MOTION TO TERMINATE CONSENT DECREE**

Maryland Aviation Administration and David L. Blackshear (hereinafter Defendants), respectfully move this court to terminate the Consent Decree in the above-captioned cases which was entered by court order on November 29, 2000 and as a basis therefore state as follows:

Defendants have complied with the provisions of the Consent Decree and are entitled to termination upon motion and order of this court pursuant to Consent Decree, Section XV Termination, paragraph 80, because the following have occurred:

a.  The Defendants have paid all penalties due under this Decree and no payments are outstanding or owed to the United States, see Exhibit 1 (letter from David B. McGuigan, Ph.D., Associate Division Director, Water Protection Division, U.S Environmental Protection Agency, received August 16, 2006);

b.  The Defendants have paid all attorneys fees and costs due to the Citizen Plaintiffs hereunder, see Exhibit 2 (letter dated December 8, 2000 with copy of cancelled check for $50,000 payable to the Natural Resources Defense Council, Inc.);

c.  The United States has made a written determination that Defendants have completed the Supplemental Environmental Project ("SEP") described in Consent Decree, Section VI. No stipulated penalties were assessed for failure to complete the SEP. See Exhibit 1;

d.  The United States has made a written determination that Defendants have completed the Runway 28 Deicing Pad and Pier B Passive Collection Drain projects, as described in Section VIII. See Exhibit 1;

e.  The injunctive relief provided in Section VIII.C and VIII.D has been completed, see Exhibit 1, and the 1994 NPDES Permit has been superseded by a new or modified Permit. See Exhibit 3 (new NPDES Permit issued on July 1, 2005); and

f.  The dispute resolution procedures provided in Section XV of the Decree were not invoked and the Defendants have been authorized to state that the United States does

not oppose the termination of this Decree and that this Motion is uncontested by the United States.

WHEREFORE, the Defendants respectfully request that this Consent Decree be terminated.

Respectfully submitted:

DOUGLAS F. GANSLER
ATTORNEY GENERAL OF MARYLAND


      /S/
Louisa H. Goldstein
Federal ID. No. 23918
Assistant Attorney General
Maryland Aviation Administration
P. O. Box 8766
BWI Airport, Maryland  21240
410 859-7066


      /S/
Deborah A. Donohue
Federal ID. No. 05554
Assistant Attorney General
Maryland Transportation Authority
2310 Broening Highway, Suite 150
Baltimore, MD  21224

Dated: August 26, 2008                Attorneys for Defendants

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2008, a copy of this Motion to Terminate Consent Decree was mailed by certified mail, return receipt requested, to the following:

As to the United States

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Reference Case No. 90-5-1-1-4543

Chief, Civil Division
Office of the United States Attorney
District of Maryland
Northern Division
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Chief, NPDES Branch, Water Protection Division
U.S. Environmental Protection Agency Region III
1650 Arch Street, 3WP31
Philadelphia, PA 19103

P. Michael Cunningham, Esquire
Assistant United States Attorney
United States Attorney's Office District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, MD 21201-3020

As to Citizen Plaintiffs

Nancy S. Marks, Esquire
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011

Deane H. Bartlett, Esquire
U.S. Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA  19103-2029

                                                                /S/
                                             Louisa H. Goldstein
                                             Assistant Attorney General