**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Action No. WMN-00-2992 |
| | ) |
| v. | ) |
| | ) |
| **MARYLAND AVIATION ADMINISTRATION** | ) |
| **A UNIT OF THE MARYLAND DEPARTMENT** | ) |
| **OF TRANSPORTATION, AN AGENCY OF** | ) |
| **THE STATE OF MARYLAND,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |
| | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** | ) |
| **INC.,** | ) |
| **AIRPORT ENVIRONMENTAL COALITION,** | ) |
| **HUMANE SOCIETY OF THE UNITED STATES,** | ) |
| **AND,** | ) |
| **US CITIZENS AVIATION WATCH, INC.** | ) |
| | ) Civ. Action No. WMN-98-784 |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DAVID L. BLACKSHEAR, in his official** | ) |
| **capacity as Executive Director of** | ) |
| **the Maryland Aviation Administration** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

Upon consideration of Defendants' Motion To Terminate Consent Decree and exhibits thereto, and since Defendants have complied in all respects with the Consent Decree, it is, this

_____ day of _____, 2008, by the undersigned Judge of the United States District

2

Court for the District of Maryland, hereby ORDERED, that the Defendants' Motion To Terminate Consent Decree be Granted; and that the Consent Decree is hereby terminated.

_____
Judge