IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civ. Action No. WMN-00-2992** |
| ) | |
| v. ) | |
| ) | |
| **MARYLAND AVIATION ADMINISTRATION** ) | |
| **A UNIT OF THE MARYLAND DEPARTMENT** ) | |
| **OF TRANSPORTATION, AN AGENCY OF** ) | |
| **THE STATE OF MARYLAND,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |
| | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** ) | |
| **INC.,** ) | |
| **AIRPORT ENVIRONMENTAL COALITION,** ) | |
| **HUMANE SOCIETY OF THE UNITED STATES,** ) | |
| **AND,** ) | |
| **US CITIZENS AVIATION WATCH, INC.** ) | |
| ) | **Civ. Action No. WMN-98-784** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DAVID L. BLACKSHEAR, in his official** ) | |
| **capacity as Executive Director of** ) | |
| **the Maryland Aviation Administration** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **TABLE OF EXHIBITS**

1. Letter received August 16, 2006 from David B. McGuigan, Ph.D., Associate Division Director, Water Protection Division, U.S. Environmental Protection Agency.

2. Letter dated December 8, 2000, with a copy of check payable to NRDC, from Louisa H. Goldstein, Counsel, Maryland Aviation Administration.

3. New NPDES Permit issued July 1, 2005.