**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>) **Civ. Action No. WMN-00-2992**<br>)<br>v. )<br>)<br>**MARYLAND AVIATION ADMINISTRATION** )<br>**A UNIT OF THE MARYLAND DEPARTMENT** )<br>**OF TRANSPORTATION, AN AGENCY OF** )<br>**THE STATE OF MARYLAND,** )<br>)<br>**Defendant.** )<br>_____ ) | |
| **NATURAL RESOURCES DEFENSE COUNCIL,** )<br>**INC.,** )<br>**AIRPORT ENVIRONMENTAL COALITION,** )<br>**HUMANE SOCIETY OF THE UNITED STATES,** )<br>**AND,** )<br>**US CITIZENS AVIATION WATCH, INC.** )<br>) **Civ. Action No. WMN-98-784**<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DAVID L. BLACKSHEAR, in his official** )<br>**capacity as Executive Director of** )<br>**the Maryland Aviation Administration** )<br>)<br>**Defendant.** )<br>_____ ) | |

**NOTICE OF FILING LENGTHY DOCUMENT**

Defendants' Exhibits 1, 2, and 3, which are documents to be considered with their "Motion to Terminate Consent Decree" exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format. I certify that within 48 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

2

| | |
|---|---|
| <u>August 26, 2008</u><br>Date | <u>       /s/       </u><br>Louisa H. Goldstein<br>Federal ID. No. 23918<br>Assistant Attorney General<br>Maryland Aviation Administration<br>P. O. Box 8766<br>BWI Airport, Maryland  21240<br>410 859-7066<br><br><u>       /s/       </u><br>Deborah A. Donohue<br>Federal ID. No. 05554<br>Assistant Attorney General<br>Maryland Transportation Authority<br>2310 Broening Highway, Suite 150<br>Baltimore, MD  21224<br><br>Attorneys for Defendants |