IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARYLAND AVIATION ADMINISTRATION<br>A UNIT OF THE MARYLAND DEPARTMENT<br>OF TRANSPORTATION, AN AGENCY OF<br>THE STATE OF MARYLAND,<br><br>   Defendant. | )<br>)<br>)<br>) Civ. Action No. WMN-00-2992<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| NATURAL RESOURCES DEFENSE COUNCIL,<br>INC.,<br>AIRPORT ENVIRONMENTAL COALITION,<br>HUMANE SOCIETY OF THE UNITED STATES,<br>AND,<br>US CITIZENS AVIATION WATCH, INC.<br><br>   Plaintiffs,<br><br>   v.<br><br>DAVID L. BLACKSHEAR, in his official<br>capacity as Executive Director of<br>the Maryland Aviation Administration<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No. WMN-98-784<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Motion to Reopen, it is, this _9th_ day of _September_, 2008, by the undersigned Judge of the United States District Court for the District of Maryland, hereby ORDERED, that the Defendants' Motion To Reopen be Granted;

and that Civil Action No. WMN-00-2992 and Civil Action No. WMN-98-784 be reopened to allow filing of the Motion to Terminate the Consent Decree and for consideration by this Court.

_____/s/_____
Judge