IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civ. Action No. WMN-00-2992<br>)<br>v. )<br>)<br>MARYLAND AVIATION ADMINISTRATION )<br>A UNIT OF THE MARYLAND DEPARTMENT )<br>OF TRANSPORTATION, AN AGENCY OF )<br>THE STATE OF MARYLAND, )<br>)<br>Defendant. )<br>_____)<br>)<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>INC., )<br>AIRPORT ENVIRONMENTAL COALITION, )<br>HUMANE SOCIETY OF THE UNITED STATES,)<br>AND, )<br>US CITIZENS AVIATION WATCH, INC. )<br>) Civ. Action No. WMN-98-784<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID L. BLACKSHEAR, in his official )<br>capacity as Executive Director of )<br>the Maryland Aviation Administration )<br>)<br>Defendant. )<br>_____) | |

### ORDER

Upon consideration of Defendants' Motion To Terminate Consent Decree and exhibits thereto, and since Defendants have complied in all respects with the Consent Decree, it is, this _9th_ day of _September_, 2008, by the undersigned Judge of the United States District

Court for the District of Maryland, hereby ORDERED, that the Defendants' Motion To Terminate Consent Decree be Granted; and that the Consent Decree is hereby terminated.

                                       _____/s/_____
                                       Judge